UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: BIO-LAB CLASS ACTIONS | CIVIL ACTION NO. 1:24-CV-4407-SEG |

**ORDER**

This matter is before the Court on its own initiative. Since the Court issued its order consolidating several related putative class actions under the above-captioned case on November 5, 2024, (Doc. 59), three additional related putative class action cases have been assigned to this Court. These cases are:

- *Reece v. BioLab Inc.*, Civil Action No. 1:24-CV-05053-SEG;

- *Pittman Construction Company v. Bio-Lab, Inc.*, Civil Action No. 1:24-CV-05066-SEG; and

- *Ekpe v. Bio-Lab, Inc.,* Civil Action No. 1:24-CV-05079-SEG.

For the same reasons set forth in the Court's November 5 order, (Doc. 59), consolidation of these cases is warranted under Fed. R. Civ. P. 42(a).

The Court hereby **CONSOLIDATES** the listed cases with the above-captioned matter. The Clerk is **DIRECTED** to (1) file this Order in the three above-listed cases; (2) administratively close the above-listed cases; and (3) consolidate the above-listed cases with this matter. The parties are

**DIRECTED** to make any filings related to the consolidated cases on the docket of Civil Action No. 1:24-CV-04407-SEG.

The Clerk is also **DIRECTED** to file the following document on the docket of this consolidated action: Motion to Appoint Lead Counsel (Doc. 2) in *Reece v. BioLab Inc.*, Civil Action No. 1:24-CV-05053-SEG.

**SO ORDERED** this 14th day of November, 2024.

_____
SARAH E. GERAGHTY
United States District Judge